# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                     4:16CR00116-JLH-1

JERMAINE PAGE

## ORDER

The Court held a hearing on August 23, 2016 to address the United States' Motion to Revoke Bond (*doc. 13*). Said motion, having been withdrawn by the United States during said hearing, is hereby DENIED as MOOT.

Defendant will remain free on the previously imposed conditions of release, which are hereby modified to require Defendant to regularly attend Narcotics Anonymous meetings in Dumas, Arkansas.

IT IS SO ORDERED this 23rd day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE